EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

    Plaintiffs,

v.

NEXXT, INC.,

    Defendant.

1:21-cv-4625-KAM-RER

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Pedro Martinez ("Plaintiff") and Nexxt, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: January 27, 2022

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: shakedlawgroup@gmail.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: January 27, 2022

_____
Kiyo A. Matsumoto, USDJ
United States District Judge